

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, May 5, 2015

No. 04-15-00083-CR

John **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10029
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant's brief was due April 30, 2015. On that day, appellant's counsel filed a motion asking this court to permit him to file a "paper" copy of his motion for extension of time to file the brief – as opposed to e-filing – because counsel's Internet service is down. We **GRANT** appellant's motion to file a paper copy of the first motion for extension of time and **ORDER** the clerk of this court to file both motions. We advise appellant's counsel that our order permits him to paper file only the first extension of time. All other filings must comport with the rules regarding e-filing. Additionally, we **GRANT** appellant's first motion for extension of time.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court